# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Gabino Rodriguez-Cardiel**
YOB: 1992    Principal, citizen of
the United Mexican States

## CRIMINAL COMPLAINT

Case Number:

M-16- 1548 -M

United States District Court
Southern District of Texas
FILED

AUG 2 0 2016

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 18, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Orlando Alexander Navarro, citizen and national of Guatemala, and Julio Cesar Mendez-Orellana, citizen and national of Honduras, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**    **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 15, 2016, Border Patrol Agents received information regarding a stash residence in Edinburg, Texas. agents received the information from an illegal alien that was apprehended near Falfurrias, Texas. The location of the stash residence was identified as 11809 Mile 16 in Edinburg, Texas.

On August 18, 2016, at approximately 2:20 P.M., Border Patrol Agent F. Soto conducted surveillance at the suspected stash residence and observed a black Chevrolet Silverado enter the property and stop near the suspected stash residence. Agent Soto then witnessed three or four subjects exit the suspected stash residence,

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*Signature of Complainant*

Francisco Sanchez        Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 20, 2016                                at    McAllen, Texas
Date                                                 City and State

Dorina Ramos             , U. S. Magistrate Judge        *Dorina Ramos*
Name and Title of Judicial Officer                       Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- 1548 -M

RE: Gabino Rodriguez-Cardiel

**CONTINUATION:**

approach the black Silverado and return to the suspected stash residence with what appeared to be several white plastic bags of groceries.

Once the black Silverado departed the area, Hidalgo County Sheriff's Deputy D. Casarez conducted a traffic stop on the black Silverado for Disregarding a Stop Sign at the intersection of FM 493 and 16 Mile Road in Edinburg, Texas. Deputy Casarez issued a citation for Disregarding a Stop Sign and No Valid Driver's License. Border Patrol Agent A. Solis approached the traffic stop and interviewed the driver of the black Silverado who was identified as Gabino RODRIGUEZ-Cadriel. RODRIGUEZ freely admitted that there were three to four illegal aliens at the residence in question. RODRIGUEZ further admitted to being in the United States Illegally. During the search of RODRIGUEZ, agents discovered a key in his right front pocket to which RODRIGUEZ admitted the key was for the lock to the property he was coming from. RODRIGUEZ was placed under arrest and was read his Miranda Rights. RODRIGUEZ refused to answer any questions and asked to speak to an attorney.

A search warrant was generated then signed by a United States Magistrate Judge on August 18, 2016. Agents along with Hidalgo County Sheriff's Deputies served the warrant and apprehended six illegal aliens at the stash residence.

All subjects were placed under arrest and transported to the Weslaco Border Patrol Station for interview and case preparation.

Principal Statement:

Gabino RODRIGUEZ-Cardiel was read his Miranda Rights and requested to speak to an attorney.

Material Witness Statements:

Orlando Alexander NAVARRO and Julio Cesar MENDEZ-Orellana were read their Miranda Rights, stated they understood their rights and agreed to provide a sworn statement.

Material Witness 1:

Orlando Alexander NAVARRO, a citizen and national of Guatemala, paid an unknown smuggler 10,000 Guatemalan Quetzals to be smuggled into the United States. NAVARRO crossed the Rio Grande River on a raft with five other people near Hidalgo, Texas. NAVARRO claimed they followed a brush guide for eight or nine hours to an unknown street. Shortly after he was picked up by a pick-up truck and transported to the residence he was apprehended at. NAVARRO stated a male subject asked him to write his name down on a piece of paper, showed them where the restrooms were located and would bring them food and drinks.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16- /548 -M

**RE:** Gabino Rodriguez-Cardiel

**CONTINUATION:**

NAVARRO identified Gabino RODRIGUEZ-Cardiel through a photo lineup as the male subject who would bring them food and drinks.

Material Witness 2:

Julio Cesar MENDEZ-Orellana, a citizen and national of Honduras, stated he made his smuggling arrangements with an unknown smuggler near the river. MENDEZ claimed he has not paid any money yet. MENDEZ stated he crossed the Rio Grande River on a raft with four other people. MENDEZ and the group followed a brush guide to the pickup location before being picked up by a black pick-up truck and transported to the residence he was apprehended at. At the residence, MENDEZ stated that the driver of the black pick-up truck asked him to write his name down on a note book. MENDEZ further stated that the driver would also drop off food for them.

MENDEZ identified Gabino RODRIGUEZ-Cardiel through a photo lineup as the driver of the pick-up truck that transported the group to the residence and as the person who would drop off food.